To whom it may concern,

My name is Anyelina Marte, I am Dawrin's sentimental partner for several years. Mr. Judge Timothys, I am writing to you through this letter, first of all to ask for your forgiveness on behalf of my family and that of Dawrin González Reyes for the damage that he has caused the community and the people involved with his actions. I know that his behavior was very serious and he did very delicate things of which I can assure you that he is sorry because for his criminal acts our family has been quite affected. Our daughter has had many traumas due to the absence of her father, Dawrin is an excellent father, son and husband, he has always taken care of his children he has 5 children who depend on him 3 of them do not have the mother figure and are in the Republic Dominican with many needs. I as Dawrin's partner can say that these 2 years have been very hard for us as a family and we just want to get back together and for Dawrin to do things well as he always should have. Take into account that in these difficult times of pandemic, they have helped all human beings value the family and how important it is to take advantage of the time with our loved ones. I ask and beg of you with my hand on my heart that you allow us to be together as soon as possible I am here firm waiting for him to help grow as a human being and strengthen our family ties, he will be deported therefore we want to live in our country and move forward together as the family that we are and to help my daughter who has been the most affected to overcome all this process that with only two years had to live this nightmare. I want to thank you for your attention.

Thanks

Anyelina Marte

*Anyelina marte*